**NOT FOR PUBLICATION**
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| AMADOR LUEVANOS-GARCIA, AKA Guillermo Garcia Espinosa,<br><br>              Petitioner,<br><br>  v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>              Respondent. | No.    15-72944<br><br>Agency No. A090-344-153<br><br><br>MEMORANDUM[*] |

On Petition for Review of an
Immigration Judge's Decision

Submitted March 13, 2018[**]

Before:    LEAVY, M. SMITH, and CHRISTEN, Circuit Judges.

Amador Luevanos-Garcia, a native and citizen of Mexico, petitions for

review of an immigration judge's ("IJ") determination under 8 C.F.R. § 1208.31(a)

that he did not have a reasonable fear of persecution or torture in Mexico, and thus

is not entitled to relief from his reinstated removal order.  We have jurisdiction

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 8 U.S.C. § 1252.  We review for substantial evidence the IJ's factual findings, *Andrade-Garcia v. Lynch*, 828 F.3d 829, 833 (9th Cir. 2016), and we deny the petition for review.

Substantial evidence supports the IJ's determination that Luevanos-Garcia failed to establish a reasonable possibility of future persecution in Mexico on account of a protected ground.  *See Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir. 2010) ("An [applicant's] desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground.").

Substantial evidence also supports the conclusion that Luevanos-Garcia failed to demonstrate a reasonable possibility of torture by or with the consent or acquiescence of the government of Mexico.  *See Andrade-Garcia*, 828 F.3d at 836-37.

We reject Luevanos-Garcia's contention that the IJ failed to consider all of his claims and evidence.

**PETITION FOR REVIEW DENIED.**

15-72944